**TOWER REALTY COMPANY, Appellant, v. CITY OF EAST DETROIT, Appellee.**

No. 11179.

United States Court of Appeals
Sixth Circuit.

April 25, 1951.

Before SIMONS, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

A petition on behalf of the above appellant seeks clarification of our opinion filed in the above cause on December 15, 1950. 6 Cir., 185 F.2d 590. It assumes that in our discussion of the question of jurisdiction based upon diversity of citizenship, we failed to consider other jurisdictional grounds presented in its reply brief.

It is our conclusion that if there be any ambiguity in the final paragraph of the opinion which suggests facts to be considered by the district court upon retrial, there should now be added to such direction the following:

"The court will, of course, upon retrial, be free to consider any ground of jurisdiction other than that based upon diversity of citizenship, if it be found that the appellant is the real party in interest."

It is so ordered.

Judge MILLER is of the opinion that jurisdiction exists under § 1331, Title 28 U.S.C.A. and that the order appealed from should be reviewed on the present record.

**Thomas WARNER, Jr. and Jean Sprague, doing business under the fictitious firm name of Warner Welded Products, a limited partnership, Petitioner, v. WAR CONTRACTS PRICE ADJUSTMENT BOARD, Respondent.**

No. 12764.

United States Court of Appeals
Ninth Circuit.

April 13, 1951.

Manuel Ruiz, Jr., Los Angeles, Cal., for petitioner.

Ernest A. Tolin, U. S. Atty., Walter S. Bins, Chief Asst. U. S. Atty., Clyde C. Downing and Arline Martin, Assts. U. S. Attys., all of Los Angeles, Cal. (Newell A. Clapp, Harland F. Leathers and John F. Wolf, Attorneys, Dept. of Justice, all of Washington, D. C., of counsel), for respondent.

Before STEPHENS and POPE, Circuit Judges, and FEE, District Judge.

PER CURIAM.

The motion of War Contracts Price Adjustment Board to dismiss the appeal to this court and the petition for review of the determination of the Tax Court, 14 T.C. 1320, is granted. See French v. War Contracts Price Adjustment Board, 9 Cir., 1950, 182 F.2d 560.